FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hinge-hanger bolts, carriage bolts, etc., similar in all material respects to those the subject of *Winter, Wolff & Co., Inc.* v. *United States* (54 Cust. Ct. 173, C.D. 2528), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, JANUARY 5, 1967

**No. P67/5.**—United China & Glass Co. *v.* United States, protests 63/11984, etc. (Baltimore).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JANUARY 9, 1967

**No. P67/6.**—United China & Glass Co. *v.* United States, protests 61/13193, etc. (Houston).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.

**No. P67/7.**—U.S. Asiatic Co., Inc. *v.* United States, protests 62/5025, etc. (New York).

LANDIS, J.   In accordance with stipulation of counsel that the items of merchandise marked "D" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), and that the items of merchandise marked "T" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 10, 1967

**No. P67/8.**—March & Mendl, Inc. *v.* United States, protests 63/22552, etc. (New York).